# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ROBERT LUTHER JOHNSON, JR.**                                                           **PLAINTIFF**

V.                                        **4:11CV00584 BRW/JTR**

**RITTER, Sergeant,**                                                                    **DEFENDANTS**
**Sebastian County Detention Center, et al.**

## TRANSFER ORDER

Plaintiff, Robert Luther Johnson, Jr., is a pretrial detainee at the Sebastian County Jail. He has recently filed a *pro se* § 1983 Complaint alleging that Defendants, all of whom work for the Sebastian County Jail, violated his constitutional rights by failing to provide him with adequate medical care for hypertension.[1]

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred."[2]

All of the Defendants reside in Sebastian County. Similarly, the events giving rise to Plaintiff's claim occurred in Sebastian County.

Sebastian County is located in the Fort Smith Division of the United States District Court for the Western District of Arkansas. The Court concludes that the interest of justice will best be served by transferring the case to that federal court.[3]

---

[1] Doc. No. 2.

[2] *See* 28 U.S.C. § 1391(b).

[3] *See* 28 U.S.C. § 1406(a) (providing that the "district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought").

2

IT IS THEREFORE ORDERED THAT this case is IMMEDIATELY TRANSFERRED to the United States District Court for the Western District of Arkansas, Fort Smith Division.

Dated this 28th day of July, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE